# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| BENJAMIN PIERCE AND DEBBIE PIERCE,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>BJ'S WHOLESALE CLUB, INC. AND JOHN DOES I THROUGH XX, | **Civil Action No.:**<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant BJ's Wholesale Club, Inc. certifies that:

__X___ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

**Beacon Holding, Inc., a Delaware corporation, with a principal place of business in Massachusetts.**

### OR:

_____ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

Dated: May 17, 2022　　　　　　　　s/ *John M. McConnell*
　　　　　　　　　　　　　　　　　　John M. McConnell, Esquire (028152006)
　　　　　　　　　　　　　　　　　　**GOLDBERG SEGALLA LLP**
　　　　　　　　　　　　　　　　　　301 Carnegie Center Drive,
　　　　　　　　　　　　　　　　　　Suite 200, Princeton, NJ 08540-6587
　　　　　　　　　　　　　　　　　　609-986-1326
　　　　　　　　　　　　　　　　　　609-986-1301 - Fax
　　　　　　　　　　　　　　　　　　Attorneys for Defendant BJ's Wholesale Club, Inc.

33395345.v1